UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALPHONSE C. PORTER (#380822)            CIVIL ACTION

VERSUS

SERGEANT WILLIS, ET AL.            NO.:14-00524-BAJ-EWD

## RULING AND ORDER

On February 16, 2016, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that the **Motion for Summary Judgment (Doc. 17)**, filed by the Defendants, be granted. (Doc. 23).

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff, Alphonse C. Porter, that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 23 at p. 1). No objection was filed by Plaintiff.

Having carefully considered Plaintiff's Complaint and the Motion for Summary Judgment, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts the findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 23)** is **ADOPTED** as the Court's opinion herein.

IT IS FURTHER ORDERED that Defendants' **Motion for Summary Judgment (Doc. 17)** is **GRANTED**.

IT IS FURTHER ORDERED that Plaintiff's claims against the Defendants are **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this 15th day of March, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**